# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 24, 2021

Lyle W. Cayce
Clerk

No. 20-40237
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Soto-Salazar,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:19-CR-2210-1

Before Graves, Willett, and Duncan, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Carlos Soto-Salazar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Soto-Salazar has filed responses. We have reviewed

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40237

counsel's brief and the relevant portions of the record reflected therein, as well as Soto-Salazar's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.